UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK RABY,

    Plaintiff,

v.

ONSRUD CUTTER, LP, d/b/a ONSRUD, an Illinois Limited Partnership,

    Defendant.

Case No. C09-863JLR

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against PLAINTIFF MARK RABY and on behalf of DEFENDANT ONSRUD CUTTER, LP in the amount of $550.00. Defendants Bill Of Costs was sufficient to meet requirements of court's local rules.

Dated this   1st   day of February, 2010.

                                              Bruce Rifkin

                                              Clerk, U.S. District Court

TAXATION OF COSTS -- 1